IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

DEANA GAYLE AKERS,

    Petitioner,               Civ. No. 12-01944-CL

    v.                            **ORDER**

CAROLYN W. COLVIN,

    Respondent.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Both parties have filed objections and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

1 - OPINION AND ORDER

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#23). The final decision of the Commissioner is REVERSED and REMANDED for payment of benefits.

IT IS SO ORDERED.

DATED this __25__ day of March, 2014.

OWEN M. PANNER
U.S. DISTRICT JUDGE