IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

DEANA AKERS,

    Plaintiff,

v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

3:12-cv-1944-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (#42), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

1 - ORDER

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Findings and Recommendation (#42). Plaintiff's counsel is to be awarded $11,505.16 in attorney fees pursuant to 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

DATED this 29 day of August, 2014.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER